UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CRAIG JUNGERS, et al.,

        Plaintiffs,

        v.

PUBLIC UTILITY DISTRICT NO. 2 of GRANT COUNTY, WASHINGTON, et al.,

        Defendants.

No. CV-07-208-FVS

ORDER OF DISMISSAL

**THIS MATTER** having come before the Court based upon a stipulation between the plaintiffs and Public Utility District No. 2 of Grant County; Now, therefore

**IT IS HEREBY ORDERED:**

1. The "Plaintiffs' Stipulation of Dismissal" **(Ct. Rec. 47) is granted**.

2. All claims against Public Utility District No. 2 of Grant County arising under the Constitution or laws of the United States are dismissed **with** prejudice.

3. All claims against Public Utility District No. 2 of Grant County arising under the laws of the State of Washington are dismissed **without** prejudice.

4. The motion to dismiss filed by Public Utility No. 2 of Grant County **(Ct. Rec. 16)** is **denied as moot** in light of the parties'

ORDER - 1

stipulation.

**5. Since Public Utility District No. 2 of Grant County is no longer a party to this action, the remaining parties shall omit its name from each future pleading or paper.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___6th___ day of December, 2007.

                    s/ Fred Van Sickle
                      Fred Van Sickle
             United States District Judge

ORDER - 2